DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————

PAUL SCHERMICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2841

—————————————

February 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Rochelle Curley, Judge.

Paul Schermick, pro se.

PER CURIAM.

   Affirmed.


LaROSE, BLACK, and SMITH, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.